Entered on Docket
May 07, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: May 06, 2010

_____
DENNIS MONTALI
U.S. Bankruptcy Judge

The Law Offices of Dean L. Woerner
Dean L. Woerner    SBN 214372
P. O. Box 411405
San Francisco, CA 94141-1405
415.550.8799 (Telephone)
415.651.8537 (Fax)
woerner@sanfranbk.com

Attorney for Debtor
Farshad Owji

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| In Re: | Case No. **10-3-0132 BDM** |
|---|---|
| **FARSHAD OWJI**, | Chapter 13 |
| Debtors. | |

**ORDER CANCELING LIEN OF CITIBANK N.A., FSB,
UPON ENTRY OF CHAPTER 13 DISCHARGE ORDER**

On March 17, 2010, Debtor filed a motion to value of the lien of Citibank N.A., FSB (hereinafter "Lienholder") against the property commonly known as 101 Crescent Way #2315, San Francisco, California, more fully described as follows:

PLEASE REFER TO LEGAL DESCRIPTION ATTACHED AS EXHIBIT "A"

The Court finds that Notice of the Motion upon Lienholder was proper. Lienholder having failed to file timely opposition to Debtor's Motion, the Court hereby Orders as follows:

**(1)** For purposes of Debtor's Chapter 13 Plan only, the Lien is valued at zero. Citibank N.A., FSB, does not have a secured claim, and the Lien may not be enforced, pursuant to 11 U.S.C. §§ 506, 1322(b)(2), and 1327.

**(2)** This Order shall become part of the Debtor's confirmed Chapter 13 Plan.

1

1     **(3)**     Upon entry of a discharge in the Debtor's Chapter 13 case, the Lien shall be voided for all purposes, and upon application by the Debtor, the Court will enter an appropriate for of judgment voiding the Lien.

**(4)** If the Debtor's Chapter 13 case is dismissed or converted to one under another chapter before the Debtor obtains a discharge, this order shall cease to be effective and the Lien shall be retained to the extent recognized by applicable nonbankruptcy law, and upon application by the Lienholder, the Court will enter an appropriate form of Order restoring the Lien.

**(5)** Except as provided by separate, subsequent order of this Court, the Lien by not be enforced so long as this Order remains in effect.

\*\* END OF ORDER \*\*

Loan # : 107052311309000
Borrower : Farshad Owji

LSI Number 3552736

# Exhibit A

## LEGAL DESCRIPTION

The land referred to herein is situated in the State of CA, County of San Francisco, City of SAN FRANCISCO and described as follows:

Parcel I:

Condominium Unit No. 2315, Lot No. 392, as shown upon the Condominium Map and diagrammatic floor plan entitled, "Map of St. Francis Bay Condominiums, 101 Crescent Way, being a subdivision of Lot 236 of Map of St. Francis Bay Condominiums (Z M 166-174) for residential condominium purposes, also being a portion of assessor's Block No. 4991, City and County of San Francisco, California", which map was filed for record in the office of the Recorder of the City and County of San Francisco, State of California, on September 8, 2003, in Book 82 of Condominium Maps at Pages 91 through 99, inclusive, (referred to herein as "the Map") and as further defined in the St. Francis Bay - One Hundred One Crescent Way Enabling Declaration recorded on September 15, 2003 in Reel I472 of Official Records, Image 106, under Instrument No. 2003-H535821 (referred to herein as "the Declaration").

Excepting and reserving therefrom any portion of the common area lying within said unit.

Excepting and reserving therefrom:

(a) Easements through said Unit, appurtenant to the common area and all other Units, for support and repair of the common area and all other Units;
(b) Easement, appurtenant to the common area for encroachment upon the air space of the Unit by those portions of the common area located within the Unit.

Parcel II:

An undivided 1.93 percent interests in and to the common area as shown and defined on the Map, excepting and reserving therefrom the following:

(a) Exclusive easements, other than Parcel III, as designated on the Map and Reserved to Units for use as designated in the Declaration; and
(b) Nonexclusive easements appurtenant to all units for ingress and egress, support, repair and maintenance.
c) An easement for reciprocal access purposes in favor of adjacent Lot 235 and common area Parcel OS-1 (as to Reciprocal Access Easement) as shown upon said Map.

Parcel III:

(a) The exclusive easement to use Deck Area designated as Deck None on the Map;
(b) The Exclusive easement to use Parking Area designated as P-108 on the Map;
(c) The Exclusive easement to use Storage Area designated as S2-B12 and S2-B13 on the Map.

Parcel IV:

An nonexclusive easement appurtenant to Parcel 1 above for support repair and maintenance, an for ingress and egress through the Common a.

Parcel V:

Encroachment easements appurtenant to the Unit in accordance with the provisions of the Declaration.

Version 1

Encroachment easements appurtenant to the Unit in accordance with the provisions of the Declaration.

Version 1

LSI Number 3552736

Parcel VI:

Together with a reciprocal access easement over that portion of "Reciprocal Access Easement 1" and Reciprocal Recreational Deck Easement lying within Parcels OS-1 and OS-2, as said easement and Parcels are shown upon the filed Map referred to herein.

Parcel VII:

Together with a reciprocal access easement over that portion of "Reciprocal Access Easement 1" and Reciprocal Recreational Deck Easement lying within Lot 235, as said easement and Lot are shown upon the filed Map referred to herein.

Parcel VIII:

Together with a reciprocal access easement over that portion of "Reciprocal Access Easement 2", as said easement is shown upon the filed Map referred to herein.

Parcel IX:

Together with a nonexclusive easements for ingress and egress and utilities over Common Area Parcels "A" and "B" as shown upon the filed map entitled, "Map of St. Francis Bay (Condominiums), being a merger and resubdivision of Lot 88 and a portion of Lot 90 of "Parcel Map of San Francisco Executive Park III" (41 PM 113) also being a portion of assessor's Block No. 4991, City and County of San Francisco California" filed for record in the office of the Recorder of the City and County of San Francisco on March 9th, 2001, in Map Book "Z", at Pages 166 to 174, inclusive and as further defined in the Grant and Agreement for Easement, Covenants and Restrictions Regarding Crescent Way and Crescent Court recorded on September 15, 2002 in Reel I472 of Official Records, Image 105.

Parcel X:

Together with a nonexclusive easements for Open Space Area over the area Designated Remainder, as shown upon the filed Map described on Parcel VIII above and further defined in the Grant and Agreement for Easements, Covenants and Restrictions Regarding Open Space Use and Maintenance recorded on September 15, 2002 in Reel I472 of Official Records, Image IC4.

Property address ordered as: 101 Crescent Way San Francisco, CA 94134

Assessor's Parcel No: 4991 -392
Street Address: 101 CRESCENT WAY #2315
SAN FRANCISCO, CA, 94134

| | |
|---|---|
| 1 | ** COURT SERVICE LIST ** |
| 2 | |
| 3 | CitiBank NA, FSB |
| | Attn: Dulce Padilla, Bankruptcy Specialist |
| 4 | PO Box 140609 |
| | Irving, TX 75019-0609 |
| 5 | |
| 6 | Citibank, N.A. |
| | 3900 Paradise Road, Suite 127 |
| 7 | Las Vegas, NV 89109 |

3